# **EXHIBIT A**

**Request Description:**

October 10, 2025

Freedom of Information Act Officer
U.S. Immigration and Customs Enforcement
500 12th Street, SW, Stop 5009
Washington, DC 20536-5009

Subject: Freedom of Information Act Request – Iranian Nationals in ICE Detention

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, the National Iranian American Council (NIAC) respectfully requests records from U.S. Immigration and Customs Enforcement (ICE) regarding the agency's detention and removal of Iranian nationals between January 1, 2025 and the present.

Specifically, NIAC requests:

- Records detailing the current number of Iranian nationals being held in ICE detention facilities, disaggregated by detention location, date of arrest, location of arrest, gender, age, and immigration status.
- Records detailing the current average length of stay for Iranian nationals in custody, disaggregated by detention facility.
- Records detailing the total number of arrests of Iranian nationals conducted by ICE in each calendar month of 2025, along with where the arrests took place.
- Records detailing the total number of Iranian nationals released from ICE custody throughout each calendar month of 2025.
- Records detailing how many Iranian nationals in ICE detention are legal permanent residents.
- All emails, texts, Microsoft Teams messages, Signal messages, or other digital messages from or sent to ICE Acting Director Todd Lyons, ICE Chief of Staff John Feere, Secretary of Homeland Security Kristi Noem, Mr. Corey Lewandowski and ICE Acting Executive Associate Director of Enforcement and Removal Operations Marco Charles between June 1, 2025 and October 10, 2025 that include any mention of "Iran," "Iranian" or "Iranians."
- All memoranda, reports, emails and internal communications between June 1, 2025 and October 10, 2025 concerning the establishment and operation of chartered flights

removing Iranian nationals from the United States and returning them back to their country of origin in Iran, including those operated by U.S. Immigration and Customs Enforcement (ICE) Air Operations (IAO) and transiting through Qatar, Turkey or other Middle Eastern countries.
- All memoranda, reports, emails and internal communications between January 1, 2025 and October 10, 2025 concerning efforts to remove Iranian nationals from the United States to a third country that is neither Iran nor the United States, including the operation of chartered flights by U.S. Immigration and Customs Enforcement (ICE) Air Operations (IAO).
- Records detailing the cost of any chartered flights by U.S. Immigration and Customs Enforcement Air Operations in transporting Iranian nationals to Iran or third countries between January 1, 2025 and October 10, 2025.

We request that all responsive records be produced in electronic format (such as PDF, Excel, or CSV files) wherever possible.

This information is of vital importance to the American public but currently available data from ICE has not kept up with the pace of arrests, which DHS and ICE have an obligation to rectify. This FOIA request is on behalf of a non-profit organization and any records provided we intend to make public to support the education of the general public regarding the policies of ICE and the Trump administration.

Ensuring that American citizens are well informed is vital to the functioning of our democratic society. Given the urgent need of the general public to understand ICE's ongoing operations, we request expedited processing of this FOIA request. Additionally, we request that any associated fees with this project be waived in light of the educational nature of this request.

Thank you for your attention to this matter.

Sincerely,

Ryan Costello
Policy Director, National Iranian American Council


**Agency:** Department of Homeland Security

**Component:** U.S. Immigration & Customs Enforcement

**Processing Track:** Simple

**Request Type:** FOIA Request

**Submitted Date:** 10/10/2025

**Request Status:** Initial Determination

**Identity Verification Status:** Not Requested by Agency

**Fee Waiver Requested?:** Pending Decision

**Reason for Fee Waiver:** This FOIA request is on behalf of a non-profit organization and any records provided we intend to make public to support the education of the general public regarding the policies of ICE and the Trump administration. Ensuring that American citizens are well informed is vital to the functioning of our democratic society.

**Expedited Processing?:** Pending Decision

**Reason for Expedited Processing:** Given the urgent need of the general public to understand ICE's ongoing operations, including new developments related to the detentions and removals of Iranian nationals, we request expedited processing of this FOIA request. Additionally, we request that any associated fees with this project be waived in light of the educational nature of this request.