UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NATIONAL IRANIAN AMERICAN
COUNCIL,

      Plaintiff,

    v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

      Defendant.

Civil Action No. 25-3928 (MJS)

---

## **ANSWER**

U.S. Immigration and Customs Enforcement ("Defendant" or "ICE"), by and through undersigned counsel, hereby answers the Complaint, ECF No. 1, filed by National Iranian American Council ("Plaintiff" or "NIAC") in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. All allegations in the Complaint, including the relief sought, are denied except when specifically admitted. To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant respectfully refers this Court to those materials for a complete and accurate statement of their contents and denies any allegations inconsistent therewith; such references are not intended to be, and should not be construed as, an admission that the cited materials are (1) correctly cited or quoted by Plaintiff, (2) relevant to this, or any other, action, or (3) admissible in this, or any other, action. In answer to the Complaint, Defendant admits, denies, or otherwise avers as follows:

## INTRODUCTION[1]

1. This paragraph consists of Plaintiff's characterization of this action and the relief sought, to which no response is required. To the extent a response is required, Defendant admits that Plaintiff made a FOIA request to the Defendant, respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents, and denies the remaining allegations in this paragraph.

## JURISDICTION & VENUE

2. This paragraph consists of a conclusion of law to which no response is required. To the extent a response is required, Defendant admits that this Court has jurisdiction over this matter subject to the terms and limitations of FOIA.

3. This paragraph consists of conclusions of law to which no response is required. To the extent a response is required, Defendant admits that this Court has jurisdiction over this matter subject to the terms and limitations of FOIA; Defendant otherwise avers that the cited statutory provisions and federal rules speak for themselves and deny any characterizations of those authorities to the extent they are inconsistent with the authorities themselves.

4. This paragraph consists of a conclusion of law to which no response is required. To the extent a response is required, Defendant admits only that venue lies in this District pursuant to the FOIA.

---

[1] For ease of reference only, Defendant's Answer replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

**PARTIES**

5.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

6.      This paragraph consists of conclusions of law to which no response is required.  To the extent a response is deemed required, Defendant admits only that it is a federal agency within the meaning of that term in the FOIA.  Defendant denies the remainder of the allegations in this paragraph.

7.      This paragraph consists of a conclusion of law to which no response is required. To the extent that a response is deemed required, Defendant avers that the FOIA speaks for itself and denies any characterizations of the FOIA that are inconsistent with that statute.

8.      This paragraph consists of a conclusion of law to which no response is required. To the extent that a response is required, Defendant denies the allegations.

**FACTUAL ALLEGATIONS**

9.      Defendant admits the allegations in this paragraph with respect to the FOIA request attached as Exhibit A to the Complaint.

10.     Defendant respectfully refers the Court to the FOIA request, attached as Exhibit A to the Complaint, for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

11.     Defendant denies the allegations of this paragraph.

12.     Defendant admits that 22 business days elapsed between Defendant's receipt of the request described in Paragraph 9 and the filing of the instant suit.

13. This paragraph consists of a conclusion of law to which no response is required. To the extent that a response is required, Defendant admits only that it has not yet produced documents or communicated any final determinations with respect to the request at issue.

14. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

## CLAIM FOR RELIEF

15. Defendant incorporates its responses to the allegations in paragraphs 1-14 above as if fully set forth herein.

16. This paragraph consists of conclusions of law to which no response is required. To the extent that a response is required, Defendant denies the allegations contained in this paragraph.

17. This paragraph consists of conclusions of law to which no response is required. To the extent that a response is required, Defendant denies the allegations contained in this paragraph.

18. This paragraph consists of conclusions of law to which no response is required. To the extent that a response is required, Defendant denies the allegations contained in this paragraph.

19. This paragraph consists of a conclusion of law to which no response is required. To the extent that a response is deemed required, Defendant avers that the FOIA speaks for itself and denies any characterizations of the FOIA that are inconsistent with that statute.

20. This paragraph consists of a conclusion of law to which no response is required. To the extent that a response is deemed required, Defendant avers that the FOIA speaks for itself and denies any characterizations of the FOIA that are inconsistent with that statute.

21. This paragraph consists of a conclusion of law to which no response is required. To the extent that a response is deemed required, Defendant avers that the FOIA speaks for itself and denies any characterizations of the FOIA that are inconsistent with that statute.

22.     Defendant admits only that 22 business days elapsed between Defendant's receipt of the request described in Paragraph 9 and the filing of the instant suit.  Defendant otherwise denies the allegations of this paragraph.

23.     This paragraph consists of conclusions of law to which no response is required.  To the extent that a response is required, Defendant denies the allegations contained in this paragraph.

24.     This paragraph consists of conclusions of law to which no response is required.  To the extent that a response is required, Defendant denies the allegations contained in this paragraph.

25.     This paragraph consists of conclusions of law to which no response is required.  To the extent that a response is required, Defendant denies the allegations contained in this paragraph.

## PRAYER FOR RELIEF

The remainder of the complaint consists of Plaintiff's prayer for relief, to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief requested, or to any relief whatsoever.

## DEFENSES

In further response to the Complaint, Defendant raises the following defenses.  Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of this litigation.  Defendant does not assume the burden of proving any of these defenses or elements of them where the burden is properly placed on Plaintiff as a matter of law.

**FIRST DEFENSE**

Plaintiff is not entitled to compel the production of any record or portion of any record protected from disclosure by one or more of the exemptions or exclusions to the FOIA, or the Privacy Act, 5 U.S.C. § 552a, or any other applicable law.

**SECOND DEFENSE**

Plaintiff is not entitled to the production of non-exempt portions of records that are not reasonably segregable from exempt portions of records.

**THIRD DEFENSE**

Plaintiff's request fails to comply with the requirements of FOIA because it fails to reasonably describe the records sought or presents an unreasonably burdensome effort upon Defendant to search for, review, redact, and release any responsive records.

**FOURTH DEFENSE**

The Court lacks subject matter jurisdiction over any requested relief that exceeds the relief authorized by the FOIA, Plaintiff is not entitled to declaratory or injunctive relief.  5 U.S.C. § 552(a)(4)(B).

**FIFTH DEFENSE**

Plaintiff is neither eligible for nor entitled to attorney's fees or costs.

*    *    *

- 7 -

## SIXTH DEFENSE

At all times alleged in the Complaint and relevant to this matter, Defendant acted in good

faith, with justification, and pursuant to authority.

Dated: January 14, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____ */s/ Andrew J. Vaden* _____
    ANDREW J. VADEN, D.C. Bar #1044860
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2437

*Attorneys for the United States of America*