UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IRANIAN AMERICAN COUNCIL,<br><br>        Plaintiff,<br><br>        v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>        Defendant. | Civil Action No. 25-3928 (MJS) |

**JOINT PROPOSED SCHEDULE**

Pursuant to this Court's Minute Order dated January 15, 2026, Plaintiff National Iranian American Council and Defendant United States Immigration and Customs Enforcement respectfully submit this joint proposed schedule for briefing or disclosure.

1.    Plaintiff's suit arises under the Freedom of Information Act ("FOIA"), and relates to a request submitted to Defendant in October 2025. Plaintiff filed its suit in November 2025, ECF No. 1, and Defendant filed its Answer in January 2026, ECF No. 8. The Court has ordered the parties to "confer and file, by no later than January 26, 2026, a joint proposed schedule for briefing or disclosure."

2.    The parties have conferred via electronic mail and jointly provide the following report. With regard to items 6, 7, and 8 of Plaintiff's request, Defendant conveyed to Plaintiff its view that those items fail to reasonably describe the records sought, as required by 5 U.S.C. § 552(a)(3)(A)(i), and inquired whether Plaintiff intends to narrow those items of its request. Plaintiff responded that it does not intend to narrow its request and that, in its view, items 6, 7, and

- 2 -

8 reasonably describe the records sought.  Defendant will make reasonable efforts to locate records corresponding to items 6, 7, and 8 and will confer with Plaintiff regarding the results.

3.  With regard to items 1 through 5 of Plaintiff's request, Defendant reports that ICE's Enforcement and Removal Operations division has been tasked with performing a search for records responsive to those items.  Defendant will keep Plaintiff apprised of the status of these efforts.

4.  The parties respectfully submit that it would be premature to establish a briefing schedule at this time.  Once Defendant makes its expected productions and final determinations, the parties will meet and confer to narrow or eliminate issues that might otherwise be subject to motion practice.

5.  The parties propose to submit a joint status report in ninety days, and every ninety days thereafter, to apprise the Court of developments in this litigation.

Dated:      January 26, 2026             Respectfully submitted,

_/s/ Curtis Morrison_             JEANINE FERRIS PIRRO
Curtis Morrison                   United States Attorney
RED EAGLE LAW, LC
5256 S. Mission Rd., Suite 135    By:    _/s/ Andrew J. Vaden_
Bonsall, CA 92003                      ANDREW J. VADEN, D.C. Bar #1044860
                                       Assistant United States Attorney
*Attorney for Plaintiff*               601 D Street, NW
                                       Washington, DC 20530
                                       (202) 252-2437

                                  *Attorneys for the United States of America*