UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IRANIAN AMERICAN COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Civil Action No. 25-3928 (MJS) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated January 27, 2026, Plaintiff National Iranian American Council and Defendant United States Immigration and Customs Enforcement respectfully submit this joint status report.

1.      Plaintiff's suit arises under the Freedom of Information Act ("FOIA"), and relates to a request submitted to Defendant in October 2025.  Plaintiff filed its suit in November 2025, ECF No. 1, and Defendant filed its Answer in January 2026, ECF No. 8.  On January 26, 2026, the parties submitted a joint proposed schedule for briefing or disclosure that described conferrals between the parties and the status of the searches in question.  ECF No. 9.  The following day, the Court ordered that the parties file a further joint status report by April 27, 2026.

2.      Defendants report that searches for potentially responsive records are currently underway; thus far, those searches have identified 1,466 pages of potentially responsive records, with additional records expected as the searches continue.  Defendants further report that their ability to forecast an end date for their searches is hampered by the lapse in appropriations for DHS and its components that began in February 2026.  Specifically, Defendants report that until

recently all staff of the ICE FOIA Unit, which resides in the ICE Office of Information Governance and Privacy, were furloughed. While ICE FOIA staff have returned to the office, their status remains uncertain as the partial lapse in appropriations continues.

3.      Defendant proposes to submit a joint status report in ninety days, and every ninety days thereafter, to apprise the Court of developments in this litigation.

4.      It is Plaintiff's position that ICE has grown to be the highest-funded U.S. law enforcement agency and that attempts to suggest that resource restraints at play should be viewed with scrutiny. Further, Plaintiff notes that not a single production has been made to Plaintiff.

Dated: April 27, 2026                                Respectfully submitted,


___*/s/ Curtis Morrison*___                           JEANINE FERRIS PIRRO
Curtis Morrison                                       United States Attorney
RED EAGLE LAW, LC
5256 S. Mission Rd., Suite 135                        By:___*/s/ Andrew J. Vaden*___
Bonsall, CA 92003                                          ANDREW J. VADEN, D.C. Bar #1044860
                                                          Assistant United States Attorney
*Attorney for Plaintiff*                                  601 D Street, NW
                                                          Washington, DC 20530
                                                          (202) 252-2437

                                                     *Attorneys for the United States of America*