UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IRANIAN AMERICAN COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Civil Action No. 25-3928 (MJS) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Orders dated April 28, 2026, and July 28, 2026, Plaintiff National Iranian American Council and Defendant United States Immigration and Customs Enforcement ("ICE") respectfully submit this joint status report.

1. Plaintiff's suit arises under the Freedom of Information Act ("FOIA"), and relates to a request submitted to Defendant in October 2025. The parties filed a Joint Status Report on April 27, 2026 (ECF No. 10), and the Court subsequently ordered the parties to file a further Joint Status Report by July 27, 2026. That deadline was extended to August 10, 2026, at the unopposed request of Defendant.

2. Defendant reports that processing of records potentially responsive to Plaintiff's request is currently underway. ICE made its third supplemental release of responsive, non-exempt records to Plaintiff on July 17, 2026. The parties have conferred regarding the narrowing of subpart 6 of Plaintiff's request and have agreed upon an approach that ICE will now implement.

3. The parties propose to submit a joint status report in sixty days, and every sixty days thereafter, to apprise the Court of developments in this litigation.

Dated: August 10, 2026

*/s/ Curtis Morrison*

Curtis Morrison
RED EAGLE LAW, LC
5256 S. Mission Rd., Suite 135
Bonsall, CA 92003

*Attorney for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Andrew J. Vaden*

ANDREW J. VADEN, D.C. Bar #1044860
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2437

*Attorneys for the United States of America*